```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 07179
   KEVIN MARSHALL
   PAMELA MARSHALL                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-6678    SSN XXX-XX-4459

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/26/2008 and was not confirmed.

     The case was dismissed without confirmation 07/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
------------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED          .00         .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00         .00
COUNTRY CLUB HILLS         UNSECURED       NOT FILED          .00         .00
DISH NETWORK               UNSECURED       NOT FILED          .00         .00
ROUNDUP FUNDING LLC        UNSECURED         642.36           .00         .00
ILLINOIS STATE HIGHWAY A   UNSECURED        1077.90           .00         .00
ILLINOIS STATE HIGHWAY A   NOTICE ONLY     NOT FILED          .00         .00
ILLINOIS TOLL HIGHWAY AU   NOTICE ONLY     NOT FILED          .00         .00
ILLINOIS TOLLWAY           NOTICE ONLY     NOT FILED          .00         .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED          .00         .00
NICOR GAS                  UNSECURED       NOT FILED          .00         .00
US ENERGY SAVING           UNSECURED       NOT FILED          .00         .00
RESIDENTIAL FUNDING CORP   CURRENT MORTG      .00             .00         .00
RESIDENTIAL FUNDING CORP   MORTGAGE ARRE   18000.00           .00         .00
CENLAR FSB                 NOTICE ONLY     NOT FILED          .00         .00
CREDIT ACCEPTANCE CORP     SECURED VEHIC    3000.00           .00      150.00
CREDIT ACCEPTANCE CORP     UNSECURED        8929.93           .00         .00
ILLINOIS TITLE LOANS       SECURED VEHIC     600.00           .00       75.00
ROBBINS DEPT OF WATER      SECURED          3199.00           .00       75.00
RMI/MCSI                   UNSECURED         500.00           .00         .00
ILLINOIS TITLE LOANS       UNSECURED         102.48           .00         .00
JOSEPH WROBEL              DEBTOR ATTY      1,000.00                   629.20
TOM VAUGHN                 TRUSTEE                                      80.80
DEBTOR REFUND              REFUND                                         .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             1,010.00

PRIORITY                                         .00
SECURED                                       300.00
UNSECURED                                        .00
ADMINISTRATIVE                                629.20

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 07179 KEVIN MARSHALL & PAMELA MARSHALL
```

```
TRUSTEE COMPENSATION                                              80.80
DEBTOR REFUND                                                       .00
                                          ---------------   ---------------
TOTALS                                           1,010.00          1,010.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/19/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                            PAGE   2
        CASE NO. 08 B 07179 KEVIN MARSHALL & PAMELA MARSHALL